UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:11-00129
                                  )          JUDGE CAMPBELL
THOMAS RAY DILE                   )

ORDER

Pending before the Court is the Government's Motion to Dismiss Indictment (Docket No.

13). The Motion is GRANTED and the Indictment is DISMISSED without prejudice.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE